Certificate Number: 03088-PAE-DE-032494302

Bankruptcy Case Number: 19-11511



03088-PAE-DE-032494302

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 24, 2019</u>, at <u>1:04</u> o'clock <u>PM CDT</u>, <u>Carlos Caraballo</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   March 25, 2019           By:   /s/David Nungesser for Elizabeth Lugo

                                 Name:  Elizabeth Lugo

                                 Title:  Counselor