IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : |  |
|---|---|---|
|  | : |  |
| Carlos Caraballo | : | Chapter 13 |
|  | : |  |
|  | : | Case No. 19-11511JKF |
| Debtor(s) | : |  |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Fees filed at Docket Number 18.

Dated: July 15, 2019        /s/ Brad J. Sadek, Esquire
                            Brad J. Sadek, Esquire
                            Sadek and Cooper
                            1315 Walnut Street, Suite 502
                            Philadelphia, PA 19107
                            215-545-0008