| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-11511-AMC**

CARLOS CARABALLO
7206 ALGARD STREET
PHILADELPHIA  PA    19135

Petition Filed Date: 03/12/2019
341 Hearing Date: 04/26/2019
Confirmation Date: 10/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/09/2019 | $150.00 | 1616805729 | 05/03/2019 | $150.00 | 1617355593 | 06/14/2019 | $150.00 | Automatic Payr |
| 07/15/2019 | $150.00 | Automatic Payr | 08/14/2019 | $150.00 | Automatic Payr | 09/16/2019 | $150.00 | Automatic Payr |
| 10/15/2019 | $150.00 | | 11/15/2019 | $150.00 | | 12/16/2019 | $150.00 | |
| 01/14/2020 | $150.00 | | 02/14/2020 | $150.00 | | 03/16/2020 | $150.00 | |
| 04/14/2020 | $150.00 | | 05/14/2020 | $150.00 | | 06/15/2020 | $150.00 | |
| 07/14/2020 | $150.00 | | | | | | | |

**Total Receipts for the Period: $2,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PHILADELPHIA GAS WORKS<br>»» 001 | Unsecured Creditors | $133.76 | $0.00 | $133.76 |
| 2 | QUICKEN LOANS INC<br>»» 002 | Mortgage Arrears | $1,143.60 | $285.30 | $858.30 |
| 3 | CAPITAL ONE AUTO FINANCE<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN HONDA FINANCE CORP<br>»» 004 | Unsecured Creditors | $388.50 | $0.00 | $388.50 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $545.93 | $0.00 | $545.93 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $1,125.35 | $0.00 | $1,125.35 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $2,045.99 | $0.00 | $2,045.99 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $4,982.09 | $0.00 | $4,982.09 |
| 9 | AMERICAN EXPRESS NATIONAL BANK<br>»» 009 | Unsecured Creditors | $2,757.08 | $0.00 | $2,757.08 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $1,879.20 | $0.00 | $1,879.20 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $607.06 | $0.00 | $607.06 |
| 12 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $6,588.13 | $0.00 | $6,588.13 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $2,822.46 | $0.00 | $2,822.46 |
| 14 | AMERICAN HERITAGE CREDIT UNION<br>»» 014 | Unsecured Creditors | $7,425.42 | $0.00 | $7,425.42 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $1,894.35 | $0.00 | $1,894.35 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $1,864.06 | $0.00 | $1,864.06 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $609.95 | $0.00 | $609.95 |
| 18 | CITIBANK NA »» 018 | Unsecured Creditors | $2,128.44 | $0.00 | $2,128.44 |
| 19 | DEPARTMENT STORE NATIONAL BANK »» 019 | Unsecured Creditors | $912.72 | $0.00 | $912.72 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,890.00 | $1,890.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,400.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $2,175.30 | Arrearages: | $0.00 |
| Paid to Trustee: | $224.70 | Total Plan Base: | $8,850.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.