IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Carlos Caraballo | : | Chapter 13 |
|  | : | Case No. 19-11511-AMC |
|    Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the *Motion to Reopen Chapter 13 Case for the Limited Purposes of an Entry of Discharge* and respectfully request that the Order attached to the Motion be entered.

Dated: August 20, 2021

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, Pa 19107
215-545-0008