IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Carlos Caraballo | : | Chapter 13 |
| | : | Case No.: 19-11511-AMC |
|    Debtor | : | |

## O R D E R

AND NOW, this _____ day of _____, 2021 upon consideration of the Motion to Reopen Case for the Limited Purposes of an Entry of Discharge, it is hereby:

ORDERED that the case is REOPENED for the limited purposes of entering an Order of Discharge as debtor has satisfied all end of case procedures.

~~FURTHER ORDERED:~~

Date: August 25, 2021

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE